

**The Copyright Public Catalog will not be available from 5:00pm EDT, Friday, July 29 through 6:00pm EDT, Sunday, July 31 due to maintenance activities. We apologize for any inconvenience to our users.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = ME2
Search Results: Displaying 24 of 33 entries

---

*The Mechanic: Resurrection*

| | |
|---:|:---|
| **Type of Work:** | Preregistration |
| **Type of Work Preregistered:** | Motion Picture |
| **Preregistration Number / Date:** | PRE000008863 / 2016-07-13 |
| **Application Title:** | The Mechanic: Resurrection |
| **Title:** | The Mechanic: Resurrection |
| **Copyright Claimant:** | ME2 Productions, Inc. Address: 318 N. Carson St. #208, Carson City, NV, 89701, United States. |
| **Creation of Work Began:** | 2014-08-06 (Approximate) |
| **Date of Anticipated Completion:** | 2016-08-15 (Approximate) |
| **Projected Date of Publication:** | 2016-08-25 (Approximate) |
| **Authorship on Application:** | ME2 Productions, Inc. Dean Okazaki. |
| **Description of Work:** | Motion picture starring Jason Statham, Jessica Alba, Michelle Yeoh and directed by Dennis Gansel. Below is the plot summary for "The Mechanic: Resurrection": It?s a big step up in scale and scope for this sequel which will span four continents and feature action on a far larger canvas than the original. The Mechanic thought he?d escaped his former deadly life and disappeared. But now somebody has found him and kidnapped the woman he loves. Neither one of them will get out alive unless he completes a diabolical list of assassinations of the most dangerous men in the world. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Okazaki, Dean<br>ME2 Productions, Inc. |

EXHIBIT 1